IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE: ORTHOPEDIC BONE SCREW        *
PRODUCTS LIABILITY LITIGATION       *
                                    *
Florence Prager                     *
                                    *        95-3956
         V.                         *   Civil NO. JFM-~~96-3421~~
                                    *
SCIENTIFIC SPINAL, LTD.             *

\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion to Withdraw Appearance;

IT IS ORDERED that counsel Andrea S. Lestelle, Roy F. Amedee, Jr. and Julia McInerny are hereby withdrawn as counsel for plaintiff Florence Prager this _8th_ day of _March_, 2000.

_____
J. Frederick Motz
United States District Judge

