IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: ORTHOPEDIC BONE SCREW PRODUCTS LIABILITY LITIGATION | * * * |
| Jeffrey Anderson, et al v. Scientific Spinal, Ltd., et al | * * |
| V. | * Civil NO. JFM-95-3956 |
| SCIENTIFIC SPINAL, LTD. | * * |

*************

## ORDER

Considering the foregoing Motion to Withdraw Appearance;

IT IS ORDERED that counsel Andrea S. Lestelle, Roy F. Amedee, Jr. and Julia McInerny are hereby withdrawn as counsel for plaintiff Thomas Montano this 22 day of _____, 2000.

J. Frederick Motz
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE: ORTHOPEDIC BONE SCREW           *
PRODUCTS LIABILITY LITIGATION          *
                                       *
Jeffrey Anderson, et al v. Scientific Spinal, Ltd., et al *
                                       *
V.                                     *   Civil NO. JFM-95-3956
                                       *
SCIENTIFIC SPINAL, LTD.                *
                        **************

## MOTION TO WITHDRAW APPEARANCE

Andrea S. Lestelle, Roy F. Amedee, Jr. and Julia McInerny, counsel for plaintiff Thomas Montano, respectfully request that they be granted leave of Court to withdraw their appearance as counsel for plaintiff Thomas Montano.

Counsel attaches a Certificate in Compliance with Local Rule 101 2.a.

Respectfully submitted,

Andrea S. Lestelle
2121 Airline Drive
Suite 402
Metairie, LA 70001-5979
(504) 828-1224
(504) 828-1229 FAX