IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: ORTHOPEDIC BONE SCREW PRODUCTS LIABILITY LITIGATION | * * * |
| Jeffrey Anderson v. Scientific Spinal, Ltd., et al | * * |
| V. | * Civil NO. JFM-95-3956 |
| SCIENTIFIC SPINAL, LTD. | * * |

**************

## ORDER

Considering the foregoing Motion to Withdraw Appearance;

IT IS ORDERED that counsel Andrea S. Lestelle, Roy F. Amedee, Jr. and Julia McInerny are hereby withdrawn as counsel for plaintiff Donnie Pittsinger this 22nd day of Mar, 2000.

_____
J. Frederick Motz
United States District Judge