# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: ORTHOPEDIC BONE SCREW | * |
| PRODUCTS LIABILITY LITIGATION | * |
| | * |
| Jeffrey Anderson, et al v. Scientic Spinal, Ltd, et al | * |
| | * |
| V. | * |
| | * |
| SCIENTIFIC SPINAL, LTD. | * |

*FILED* *ENTERED*
*LODGED* *RECEIVED*

MAR 2 2 2000

AT BALTI
CLERK U.S. DIS.    COURT
DISTRICT OF MARYLAND
BY                    DEPUTY

Civil NO. JFM-95-3956

**************

## ORDER

Considering the foregoing Motion to Withdraw Appearance;

IT IS ORDERED that counsel Andrea S. Lestelle, Roy F. Amedee, Jr. and Julia

McInerny are hereby withdrawn as counsel for plaintiff Bradley Martinez this *22nd*

day of *March*, 2000.

J. Frederick Motz
United States District Judge