IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JEFFREY ANDERSON | * | |
| | * | |
| v. | * | Civil No. JFM-95-3956 |
| | * | |
| SCIENTIFIC SPINAL | * | |

ORDER

Pursuant to the March 15, 2000 letter submitted by plaintiff's counsel, it is, this 11th day of May 2000

ORDERED that the claims of Helen Schissler in the above captioned case are hereby dismissed with prejudice.

J. Frederick Motz
United States District Judge

